UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | No. 3:13-CR-00063 |
| | ) | |
| [1] KENNETH CARTER | ) | Chief Judge Haynes |
| | ) | |
| [2] FRANCISCO DeLaROSA | ) | |
| | ) | |
| [3] ADRIAN FRANKLIN | ) | |
| | ) | |
| [4] BRUCE YOUNG | ) | |
| | ) | |
| [5] TRACEY YOUNG | ) | |
| | ) | |
| [6] WENDELL YOUNG | ) | |

## ORDER

This matter comes before the Court on the United States' Motion to Unseal Indictment.

It is hereby ORDERED that:

The Motion is granted and the Indictment is ordered unsealed.

_____
Magistrate Judge E. Clifton Knowles

Dated: June 5, 2013