UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs. | ) | No. 3:13-00063 |
| | ) | Chief Judge Haynes |
| FRANCISCO DE LA ROSA | | |

## MOTION TO EXTEND PRETRIAL MOTION DEADLINE

Francisco De La Rosa, by and through undersigned counsel, hereby moves this Honorable Court to extend the deadline for filing pretrial motions in this matter. In support of this motion, undersigned counsel would show the Court the following:

1. Mr. De La Rosa was arraigned on June 10, 2013. Under Local Criminal Rule 12.01, pretrial motions are due 28 days thereafter, that is, on July 8, 2013. However, the scheduling order in this case establishes a deadline of July 2, 2013 for filing pretrial motions.

2. A packet of discovery materials was provided by the government under a cover letter dated June 21, 2013 and was received by undersigned counsel on June 24, 2013.

3. Undersigned counsel has begun reviewing the discovery materials and conducting research relevant to potential pretrial motions but has not yet determined whether such motions will be necessary. Counsel needs additional time to complete her analysis, to consult with Mr. De La Rosa, and, if motions are appropriate, to prepare the pleadings for filing.

4. Mr. De La Rosa therefore requests an extension of the deadline for filing pretrial motions until August 2, 2013.