IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| | ) | Case No. 3:13-00063 |
| v. | ) | William J. Haynes, Jr. |
| | ) | Chief U.S. District Court Judge |
| | ) | |
| BRUCE YOUNG. | ) | |

## MOTION TO APPROVE TRAVEL

Comes now the accused, Bruce Young, by and through his counsel, Luke A. Evans, and moves this Honorable Court to enter an order allowing him to travel. The Defendant is currently on pretrial release and supervised by Judith Glasco, a pretrial services officer in the District where he resides. Upon review of an email from Mrs. Glasco to my client, it appears that she approved the travel contingent upon approval from the Court. The Defendant resides in Carson, California and wishes to travel to Atlanta, Georgia to visit his son. He would be leaving on December 9, 2013 and returning on December 12, 2013. A copy of his itinerary is attached hereto as Exhibit 1.

WHEREFORE, PREMISES CONSIDERED, the accused, through counsel, moves this Honorable Court for the relief as stated herein, as well as any further general relief that this Court deems both necessary and proper.

*[handwritten signatures and notations]*
Absent signature, this motion is granted.
12-6-13