IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
AT NASHVILLE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| | ) | Case No. 3:13-00063 |
| v. | ) | William J. Haynes, Jr. |
| | ) | Chief U.S. District Court Judge |
| | ) | |
| BRUCE YOUNG. | ) | |

## MOTION TO APPROVE TRAVEL

Comes now the accused, Bruce Young, by and through his counsel, Luke A. Evans, and moves this Honorable Court to enter an order allowing him to travel. The Defendant is currently on pretrial release and supervised by Judith Glasco, a pretrial services officer in the District where he resides. Upon review of an email from Mrs. Glasco to my client, it appears that she approved the travel contingent upon approval from the Court. The Defendant resides in Carson, California and wishes to travel to Las Vegas, Nevada to watch his daughter participate in a cheerleading competition. He would be traveling by car, leaving on January 23, 2014, and returning on January 27, 2014.

WHEREFORE, PREMISES CONSIDERED, the accused, through counsel, moves this Honorable Court for the relief as stated herein, as well as any further general relief that this Court deems both necessary and proper.

*[handwritten notation: This motion is granted. /s/ [Judge signature] 1-10-14]*