**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| Plaintiff, | ) |
| | ) |
| V. | ) CASE NO. 3:13-CR-00063(6) |
| | ) CHIEF JUDGE WILLIAM J. HAYNES |
| WENDELL YOUNG, ET AL. | ) |
| Defendants. | ) |

*[Handwritten annotations in right margin: "ORDER / This motion is GRANTED. The hearing is set for March 7, 2014 at 4:00 pm" and signature/initials, "08 pm 2-10-14"]*

### DEFENDANT WENDELL YOUNG'S MOTION TO SET CHANGE OF PLEA HEARING

Comes now Defendant Wendell Young, through undersigned counsel, and hereby moves this Court to vacate any further proceedings and set a Change of Plea Hearing.

Defendant will be accepting the plea agreement offered by the Government. Counsel would respectfully request that the hearing be scheduled for the week of March 3 through March 7 at a time convenient to the Court to allow the Defendant to secure travel from his home in California and to accommodate the schedules of counsel.

**WHEREFORE,** for all the foregoing reasons, Defendant, Wendell Young, respectfully requests that the Court set a Change of Plea Hearing in this matter to a date convenient to the Court between March 3 through March 7.

**Respectfully Submitted,**

*S/ Jeffery S. Frensley*
**JEFFERY S. FRENSLEY, ESQ. - #17358**
211 Third Avenue North
P. O. Box 198288
Nashville, TN 37219-8288
(615) 256-2111